# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| SETH STEINMAN, | : No. 56 EM 2015 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.